IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C TEVINI, JD, | No   C-05-1591 VRW |
| Plaintiff | ORDER |
| v | |
| CALIFORNIA APPELLATE COURT (DISTRICT DIVISION ONE, SAN FRANCISCO), et al, | |
| Defendants. | |

On April 18, 2005, plaintiff James Tevini (Tevini) filed the current suit in pro per alleging a plethora of unintelligible claims against seven defendants.  Doc #1.  Tevini's case was assigned to Magistrate Judge Bernard Zimmerman.  On May 11, 2005, Judge Zimmerman dismissed the complaint for failure to state a claim pursuant to 28 USC § 1915(e)(2)(B)(ii) <u>with</u> leave to amend.  Doc #4 at 3.  Tevini's amended complaint was due on or before June 15, 2005.  Id.  Tevini did not file an amended complaint.  Accordingly, on July 13, 2005, Judge Zimmerman filed a report and recommendation ("R & R") pursuant to FRCP 72 recommending that

Tevini's complaint be dismissed for failure to (1) state a claim and (2) prosecute pursuant to FRCP 41(b).  Doc #6 at 2.

     Under FRCP 72(b), Tevini had ten (10) days to file a written objection to the Magistrate Judge Zimmerman's R & R.  More than ten days have passed and Tevini has not filed any objections to the R & R.  Accordingly, the court ADOPTS Judge Zimmerman's R & R and DISMISSES Tevini's complaint with prejudice.

     SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge